# EXHIBIT A

72.210.67.50