IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**GUAVA LLC,**

    Plaintiff,

v.

**JOHN DOE**,

    Defendant.

Civil Action No. 5:12-CV-398 (HL)

## ORDER

On November 2, 2012, the Court entered an order (Doc. 5) requiring Plaintiff to file an amended complaint no later than December 19, 2012 which names the John Doe defendant. Plaintiff has not done so, and did not file a motion for an extension of time explaining why the time limit could not be met. For its failure to comply with the Court=s previous order, Plaintiff=s complaint is dismissed without prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 21st day of December, 2012.

        */s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh