IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GUAVA, LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:12-CV-398(HL) |
| | * |
| JOE DOE, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 21, 2012, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of December, 2012.

Gregory J. Leonard, Clerk

s/ Cheryl M. Alston, Deputy Clerk