# OBJECTION TO RELASE OF INFORMATION

January 2nd, 2013

RECEIVED
CLERKS OFFICE
2013 JAN -8  AM 8:28
MIDDLE DIST. OF GEORGIA
MACON DIV

To: United States District Court for the Middle District of Georgia, Macon Division
US District Court
PO BOX 128
Macon, GA 31202
478-752-3497

Attn : Honorable Judge Hugh Lawson
      Senior U.S. District Judge

From: Pro SE Anonymous John Doe:  66.190.229.129

**I Wish to Object to the Release of any Identifying Information** About Me (account holder, name, address, telephone number, email, IP log etc.) by Charter Communications Inc., to anyone.
With Reference to:
**The "Guava LLC" Subpoena** to "Charter Communications, Inc".
**Court Case:** Guava LLC (the "plaintiff") v. Doe, Court Case No. 5:12-cv-00398-HL
**Charter Case Number:** 12-4279  ID:1
old IP Address 66.190.229.129


       Thank you for your time
       John Doe 66.190.229.129



Send Reply if any to:
Charter communition, inc. attention "Legal – File Sharing Team, Case Number:12-4279 ID:1"       via facsimile at 314-909-0609